# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:15-CV-00188-GCM

| | |
|---|---|
| JOHN MATTHEW CRAIN, | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER** |
| | ) |
| GASTON COUNTY BOARD OF EDUCATION, | )<br>)<br>) |
| **Defendants.** | )<br>)<br>) |

**THIS MATTER** is before the Court on its own motion. Pursuant to discussions at the Pretrial Conference held on January 6, 2016, the Proposed Discovery Plan filed on November 23, 2015 is stricken and the parties are ordered not to serve additional discovery requests without obtaining Court approval. The Court finds that at this time, the discovery set out in this order is proportional to the needs of this case pursuant to Rule 26(b)(1) of the Federal Rules of Civil Procedure. The Court has considered the importance of the issues at stake, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of discovery to resolved these issues, and the burden and expense of the requested discovery compared to its likely benefit. *Id.*

Defendant Gaston County Board of Education is hereby ordered to disclose to Plaintiff John Matthew Crain any documents that are relevant to his employment, including his personnel record, any correspondence regarding his employment, and any internal memoranda referencing him, regardless of whether Defendant believes such documents are relevant to Plaintiff's claims. Defendant is also ordered to disclose any records related to the hiring process during which Plaintiff alleges that he experienced unlawful discrimination.

Plaintiff is ordered to disclose to Defendant all medical records dating back to the start of employment in the school district. Plaintiff is also ordered to disclose all records related to his applications for employment with other schools, including application materials and any correspondence between Plaintiff and prospective employers. Finally, Plaintiff is ordered to disclose any communications between himself and Defendant, or its employees, about his disability and any requested accommodations.

At the Pretrial Conference, the Court authorized a total of 6 depositions. The Court did not authorize the exchange of interrogatories. After the parties complete the required disclosures, they are instructed to notify the Court if additional depositions or other discovery is necessary.

Both parties are ordered to complete the required disclosures within 30 days, no later than February 5, 2016.

**SO ORDERED.**

Signed: January 6, 2016

Graham C. Mullen
United States District Judge